Date:  09/11/2009                                                                              Judge: Trenga
                                                                                                Reporter: R. Montgomery
Start:   10:30 a.m.
Finish:  10:42 a.m.

Civil Action Number:  1:09mc00037

Technest Holdings, Inc.   vs.  EOIR Holdings LLC

Appearances of Counsel for ( ✘ ) Pltf        ( ✘ ) Deft
(  ) Matter is uncontested
Motion to/for:

[8] Motion to Stay Proceedings Pending Resolution of Motion to Vacate Arbitration Award by Deft

Argued &
(  ) Granted (  ) Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement (  ) Continued to

■     Court believes that transfer is appropriate to the United States District Court for the District of Columbia

(  ) Report and Recommendation to Follow
( ✘ ) Order to Follow