IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TECHNEST HOLDINGS, INC., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>EOIR HOLDINGS LLC, )<br>)<br>Respondent. )<br>_____) | No. 1:09-mc-37 (AJT/TCB) |

## ORDER

This matter is before the Court on Respondent EOIR Holdings LLC's Motion to Stay Proceedings Pending Resolution of Respondent's Petition and Motion to Vacate Arbitration Award (Doc. No. 8).

Respondent seeks to stay the proceedings in this Court on Petitioner Technest Holdings, Inc.'s Petition and Motion to Confirm Arbitration Award and For Entry of Judgment Thereon. In addition to filing its motion to stay the proceedings in this action, Respondent has also filed a Petition to Vacate Arbitration Award in the United States District Court for the District of Columbia, which is pending before the Hon. Ellen Segal Huvelle. *See EOIR Holdings LLC v. Technest Holdings, Inc.*, Case No. 1:09-cv-01707-ESH. This Court finds that the interests of justice, particularly the public interest in judicial economy, counsel in favor of transferring this case to the United States District Court for the District of Columbia so that related issues pertaining to Technest Holdings, Inc.'s petition to confirm the arbitration award and EOIR Holdings LLC's petition to vacate the arbitration award can be addressed by the same court.

Accordingly, for the reasons stated in open court, it is hereby

ORDERED that this action be, and the same hereby is, TRANSFERRED pursuant to 28 U.S.C. § 1404 to the United States District Court for the District of Columbia; and it is further

ORDERED that a decision on Respondent EOIR Holdings LLC's Motion to Stay Proceedings Pending Resolution of Respondent's Petition and Motion to Vacate Arbitration Award (Doc. No. 8) be, and the same hereby is, DEFERRED and left to the transferee court.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 11, 2009